FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL - 7 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE SUPERIOR COURT OF Gwinnett
STATE OF GEORGIA

Kelvin Cain ,
Plaintiff
133731 ,
Inmate Number

Civil Action No.
1:15-CV-2436 TWT

vs.
Phillip Transition center
Lt. BALY. Super. PAYNe.,
Capt. Brown. cross
Sargent: HumBle ,
Defendant(s)

Nature of Action: _____

## INMATE FORM FOR CIVIL ACTION

### PART I: BACKGROUND INFORMATION ON YOUR CONVICTION

1. Name and location of prison in which you are now confined: Sent from washington State Prison to Phillip Transitional Center

2. Sentence you are now serving: ZX794716 Recividst serious viol. FElony "Possession of Cocaine"
   Name and location of court which imposed sentence: Gwinnett County Superior Court
   Approximate date your sentence will be completed: Sept 27, 2015

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which sentence was imposed:
   a. 17-10-7(B)  17-10-7-C  "Poss. of Cocaine"
   b. _____
   c. _____

4. Give the approximate date upon which sentence was imposed and the terms of the sentence:
   a. Aug 08, 2014 Credited 11 month few days
   b. 2 years

c. _____

_____

5. Check whether a finding of guilty was made after a plea of:

☑ Guilty by Force!
☐ Guilty but mentally ill
☐ Nolo contendere
☐ Not guilty

6. If you were found guilty after a plea of not guilty, check whether the finding was made by:

☐ Jury
☑ Judge only

7. Did you appeal from the judgment of conviction or the imposition of sentence?

☐ Yes        ☑ No

8. If you did appeal, answer the following:

a. The name of each court to which you appealed:
   1. Mandamus denied
   2. _____
   3. _____

b. The result in each such court to which you appealed:
   1. Habeas corpus denied
   2. _____
   3. _____

c. The approximate date of each such result:
   1. Bond hearing denied
   2. _____
   3. _____

d. If known, citations of any written opinion orders entered pursuant to such results:
   1. Superior courts ask Federal Court to get involved
   2. ''    ''    ''    ''    ''    ''    ''    ''
   3. ''    ''    ''    ''    ''    ''    ''    ''

## PART II: OTHER LAWSUITS

9.   OTHER THAN LAWSUITS ALREADY LISTED in questions 3 through 8, have you ever begun or are you now beginning other lawsuits in federal or state courts dealing with the same facts involved in this action or relating to your imprisonment?
     ☑ Yes        ☐ No

10. If your answer to number 9 is "Yes," describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline for each lawsuit.)

   a. Parties to the previous lawsuit:
   Plaintiffs: Kelvin Cain

   Defendants: WAshington State Prison sent me to Phillip State Transitional

   b. Court (If federal court, name the district. If state court, name the court and county): Washington State Prison

   c. Docket Number: _____

   d. Name of judge to whom case was assigned: ?

   e. Date on which you filed lawsuit: Feb, 2015

   f. Date of disposition, if any, of lawsuit: dropped

   g. What was the lawsuit about? Medical Fee's and Cost of Charges of MAlpractice. Displinary

   h. What was the outcome of the lawsuit? (For example, was the case dismissed? Was it appealed? Is it still pending?) Yes, And I was Shipped and Tagged

   i. Citations, if known, to any written opinions or orders in the lawsuit: Washington Shipped me to Phillip Transition Center. 3/3/15

## PART III: GRIEVANCE PROCEDURES

11. Is there a prisoner grievance procedure at the institution in which you are presently confined?
    ☐ Yes   ☑ No

12. If your answer to number 11 is "Yes," please answer the following:

    a. Did you present the facts relating to your complaint in the institution's prisoner grievance procedures?   ☐ Yes   ☐ No

    b. If your answer to (a) above is "Yes,"
    What steps did you take? I asked officers for a grievance 2-3 times a day!
    What was the result? They lie and say they do not have none;

    c. If your answer to (a) above is "No," explain why not: Counselors, lies along officers. You only see them in DR's hearing

you ask questions & gets no answers.

13. Tell what you have done, other than what you have described in question 12, to bring your complaints to the attention of prison officials. In doing so, give dates, places, and names of persons talked to. I talked to Phillip State unit manager I am under the Moore Program. Phillip Trans. Center has left me in hole from 05/19/15 - 06/25/15. I cannot get any my Personal Hygienes. Like soap, boxers, toothbrush, toothpaster. I am locked down 24/7. Socks, Jumpsuits. Shower Shoes Transitional Center just throw you in Hole & Talk to you like trash. Lt. BALY refuses to sign my papers to be transfered say to stay until 09/27/15

14. Names and approximate dates of entry and exit, and locations of all prisons and jails in which you have been incarcerated: Gwinnett County Jail oct 2014 Exit Sept 27, 13 oct 2014. Jackson State Prison DiAn. oct 2014 ≠ Nov 2014 — Mar 03, 15 Washington State Prison. MAY 3, 2015 - 05/24/15: Phillip State Prison

15. As to your present confinement, please state:

    a. Which part of the penitentiary or jail are you held in: Hole: Phillip State Prison

    b. How long have you been in this part of the penitentiary or jail? 05/19/15 - 06/25/15 released by Lt. BALY 09/27/15

    c. Please list the full name of every prisoner now confined in the same general area: We are all holded in Lock down waiting on A Transfer Stay in hole 2 mths Liberty taken

## PART IV: STATEMENT OF CLAIMS

16. List the name and address of each plaintiff in this lawsuit: Lt. BALY. Super. PAYNE. Capt. Brown. Cross.

17. List below for each defendant, the defendant's full name, official position, and place of employment. Attach additional paper if necessary.

    **Full Name**           **Official Position**           **Place of Employment**

## STATEMENT OF CLAIM

18. Describe each and every **FACT**—no opinions or views, only the actual events—supporting and explaining the basis for the lawsuit you have filed. **DESCRIBE HOW EACH DEFENDANT IS INVOLVED.** Include also the names of other persons involved, dates and places. If you intend to allege a number of related claims, you should number and set forth each claim separately. **DO NOT GIVE ANY LEGAL ARGUMENT OR CITE ANY CASES OR STATUTES.** (You may attach additional sheets of paper if necessary.)

I Kelvin Cain is stashed in Phillip State Prison. Being holded on Signing out of the transitional center. I have not even gotten a DR 05/19/15 - until Presence And Leutenant BALY Will not lift giving me Displinary Actions. Sgt Humble locked me down for not going to Detail. No- Detail. So Lt. BALY was also refusing to Phrase me up. So You do get anything, You're thrown in the Segregation. No Liberty, not even being able to go to church, Relegious materials, walk around You're in a six by nine room. no air, No Vindlations. You thrown in Cell like a dogg treated. You like you got rabbies or the maine. You have no access to to the Free world. Place flies Dont land

19. List the name and present address of every person who you believe was a witness to the facts set forth in number 18 and **BRIEFLY** state what each person knows (from having seen, heard, etc.) concerning what happened.

Lt. BALY. Super. PAYNE. Sarg. Humble I have been at Phillip Transitional Center Since Mar 3, 2015. Never Phrase up Cause Leut. BALY wrote a Bogus Lie on work Performance. Put me on a Detail called Backgate worked six wks No chance of Phrasing up. Every week it will be next week. so I signed out

of Phillip Transition Center 05/16/15 been in hole no write-up no DR'S. so I've been Displinaried by Lt. BALY. Says leave him in issolation or Segregation until 09/27/2015? All priveledges is gone.

20. Please describe any legal argument you wish to make. You may add separate sheets of paper if necessary. It is not necessary that you present legal argument in order to obtain the relief to which you are entitled.

I am on the Moore Program. I did not know You cannot sign out. But I have been kicked out and being also drugged by Lt. BALY using he Authority to Displinary me. I seen guys come in 1 week they have jobs. alway up to 3 weeks and got Job. She's not only denying me of rights to be able to work. OR the program to bett-er myself. She and Phillip Trans. Center needs to quit Playing Judge court D.A. Pay close attention Moore Pgr.

21. **Briefly** state the specific relief requested against each party. This means to state exactly what you want the court to do for you. **DO NOT MAKE ANY LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.**

I'D like to be free from Segregation and Quit being Displined by Authority. For Authorities to Do the right thing put on paper. I've been wrote-up for Smoking twice. Feels Liberty is not to be taken by no-proof. And It ain't nothing so serious to hold a Person in Segregation 05/19/2015 - 06/25/2015. Just for Signing out of the Program. or Failure to Show-up for Detail. Problem is there's still holding me in Hole. No one will put me in For a Transfer to go to another Transitional Center.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing statements made in this Inmate Form for Civil Action are true and correct.

Executed on  06/24/2015
                              Date

*Kelvin Cain*
                              Signature of Plaintiff

Sworn to and subscribed before me this
_____ day of _____, 20____.

_____
Notary Public or Other Person Authorized to Administer Oaths